1   LAW OFFICES OF MILTON C. GRIMES
    Milton Grimes, Esq. (SBN 59437)
2   Claudia C. Bohorquez, Esq. (SBN 150647)
    3774 W. 54th Street
    Los Angeles, CA 90043-2335
3   Tel: (323) 295-3023

4   Email: miltgrim@aol.com
    Email: cbohorquez@bohorquezlawgroup.com

5   *Attorneys for Plaintiff*, NAREN HUNTER

6

7

8                        UNITED STATES DISTRICT COURT

9                     FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11  NAREN HUNTER, an individual,              Case No.:   2:22-CV-6981

12              Plaintiff,                     COMPLAINT FOR DAMAGES FOR CIVIL
                                              RIGHTS VIOLATIONS.  42 U.S.C. §1983
13  vs.
                                              1. Unlawful Search And Seizure
14  FRANCIS X. HARDIMAN, an individual;       2. Substantive Due Process
    MICHAEL HAGGERTY, an individual; SHERIFF  3. Malicious Prosecution
15  ALEX VILLANUEVA, an individual; COUNTY    4. Freedom Of Speech
    OF LOS ANGELES, a government entity; and  5. Conspiracy To Violate Civil Rights
16  DOES 1-10, inclusive.                     6. *Monell* Claim
                                              7. Negligent Training and Supervision
17              Defendants.
                                              DEMAND FOR JURY TRIAL
18

19

20      Come now Plaintiff, NAREN HUNTER, and alleges as his complaint for violations of civil

21  rights against defendants FRANCIS X. HARDIMAN, MICHAEL HAGGERTY, SHERIFF ALEX

    VILLANUEVA, and COUNTY OF LOS ANGELES, and DOES 1 through 10, inclusive, as follows:
22

23

24                                       1
                              COMPLAINT FOR DAMAGES